**Opinion filed May 28, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00142-CR

_____

### RENE DIMAS, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 10079**

### M E M O R A N D U M   O P I N I O N

Rene Dimas has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. The motion is granted, and the appeal is dismissed.

PER CURIAM

May 28, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.